## SMITH v. STATE. (No. 12915.)

Court of Criminal Appeals of Texas. Jan. 15, 1930.

E. A. Watson, of Crosbyton, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment appears to sufficiently charge the offense, and is followed by the charge of the court, the judgment, and sentence. Notation of exceptions on refused motions to quash, and to require the state to elect, is not tantamount to a bill of exceptions.

No error appearing, the judgment will be affirmed.